**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

MICHAEL NEWBY,               )
                             )
            Plaintiff,       )
                             )            NO.  CV-09-5084-JPH
     vs.                     )
                             )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,           )            **CIVIL CASE**
Commissioner of Social Security, )
                             )
            Defendant.       )
                             )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 16 day of March, 2011.

JAMES R. LARSEN
District Court Executive/Clerk


by:    s/Pamela A. Howard
                    Deputy Clerk


cc: all counsel